IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CENTRAL CONTRACTING & MARINE, INC. FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY. | ) ) ) ) ) ) Case No. 4:15-cv-01111-HEA<br><br>In Admiralty |

**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND
THIRD-PARTY COMPLAINTS AND WITHDRAWAL OF ANSWERS**

Come now the Parties hereto, having settled and compromised the matters at issue between them in this lawsuit, and hereby stipulate and agree as follows:

1. Each of Claimants' Claims (and any amendments thereto) filed against Plaintiff should be dismissed by the Court with prejudice, each party to bear his/her/its own costs and attorney's fees;

2. Claimants each withdraw his/her/its Answer (and any amendments thereto) to Plaintiff's Complaint (and any amendments thereto) filed previously herein;

3. Plaintiff's Third-Party Complaint (and any amendments thereto) should be dismissed by the Court with prejudice, each party to bear his/her/its own costs and attorney's fees; and

4. Claimants each consent to Plaintiff's Motion for Entry of Final Decree of Exoneration, which is being filed contemporaneously herewith.

1

GOLDSTEIN and PRICE, L.C.
  and Daryl F. Sohn, #24059MO
  and Douglas E. Gossow #35525MO
  and Neal W. Settergren, #50721MO
/s/ *Neal W. Settergren*
One Memorial Drive, Suite 1000
St. Louis, Missouri  63102
Phone: (314) 516-1700
Fax: (314) 421-2832
Attorneys for Plaintiff Central Contracting & Marine, Inc.

*/s/ Michael Shelton* (with consent)
Michael W. Shelton
Odner, Shelton, O'Leary & Peterson, LLC
110 East Lockwood Avenue, 2nd Floor
St. Louis, Missouri 63119
Phone (314) 963-9000
Fax (314) 963-1700
Attorneys for Brittany T. Pigue and her minor daughter Ryleigh Pigue

/s/ *Matthew J. Padberg* (with consent)
Matthew J. Padberg
Padberg, Corrigan & Appelbaum
1926 Chouteau Avenue
St. Louis, MO  63103
Phone: (314) 621-2900
Fax: (314) 621-7607
Attorney for Claimant William Pigue
Attorney for Claimant Theresa Adler

/s/ *Andrew Corkery* (with consent)
Andrew C. Corkery
Boyle Brasher LLC
5000 West Main Street
P.O. Box 23560
Belleville, IL  62223
Phone: (618) 277-9000
Fax: (618) 277-4594
Attorneys for Claimant/Third Party Defendant St. Louis Bridge Construction Company

/s/ *Theodore H. Lucas* (with consent)
Theodore H. Lucas
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO  63102
Phone: (314) 588-7000
Fax: (314) 588-1965
Attorneys for Claimant/Third Party Defendant Thomas Industrial Coatings, Inc.

*/s/ Bradley Ziegler* (with consent)
R. Bradley Ziegler
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, MO  63101
Phone: (314) 444-7600
Fax: (314) 241-6056
Attorneys for Claimant/Third Party Defendant Bi-State Development Agency of the Missouri-Illinois Metropolitan District

/s/ *Richard McNelley* (with consent)
Richard D. McNelley
Tonkin & Mondl, L.C.
701 Market Street, Suite 260
St. Louis, MO  63101
Phone: (314) 231-2794
Fax: (314) 231-1481
Attorneys for Claimant RLI Insurance Company

/s/ *Gerard Schneller* (with consent)
Gerard B. Schneller
Wilkins Schneller Law Firm, LLC
1926 Chouteau Avenue
St. Louis, MO 63103
Phone: (314) 588-8000
Fax: (844) 272-6236
Attorneys for Claimant Bryan Adams

/s/ *Craig Ortwerth* (with consent)  
Craig M. Ortwerth  
Brian M. McChesney  
McChesney & Ortwerth, LLC  
1922 Chouteau Avenue  
St. Louis, MO 63103  
Phone: (314) 584-4500  
Fax: (314) 584-4501  
Attorney for Claimant Brett Leavitt  

/s/ *J. Bradley Young* (with consent)  
J. Bradley Young  
Harris Dowell Fisher & Harris, L.C.  
15400 S. Outer Forty, Suite 202  
Chesterfield, MO 63017  
Attorneys for Travelers